## ANGUS McINTOSH
### v.
## DANIEL DOBBINS, RUFUS S. READ, FRANCIS B. HOLMES, JAMES HENRY, RICHARD SMYTH AND RICHARD H. JONES

### 1809

#### JOURNAL ENTRIES

1. Appearance . . . . . . . . . . . *Journal, infra,* \*p. 206
2. Rule to plead; continuance . . . . . . . . . " 238
3. Discontinuance . . . . . . . . . . . . " 297

#### PAPERS IN FILE
[None]